**FILED**

Jan 28  11 52 AM '11

U.S. MAGISTRATE JUDGE
BY_____

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                                -oOo-

10  UNITED STATES OF AMERICA      )
                                  )
11  vs                            )
                                  )
12  CHATTEL KNOWN AS              )    2:10-mj-904-LRL
    HP LAPTOP COMPUTER            )
13  SERIAL #: CNF94684MK          )
                                  )
14  _____)

15
       **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**
16

17         COMES NOW the United States of America, by and through Daniel G. Bogden, United

18  States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal

19  the Affidavit together with the Application, Return and the Court's Order for purposes of discovery

20  in the above-captioned matter.

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1  Unsealing is necessary to permit the Government to copy and distribute the above
2  referenced documents to the defense.
3
4  DATED this 26th day of January, 2011.
5
6  Respectfully submitted,
7  DANIEL G. BOGDEN
   United States Attorney
8
9
10  BRADLEY GILES
    Assistant United States Attorney

FILED

JAN 28  11 52 AM '11

U.S. MAGISTRATE JUDGE

BY _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | |
| ) | |
| CHATTEL KNOWN AS ) | 2:10-mj-904-LRL |
| HP LAPTOP COMPUTER ) | |
| SERIAL #: CNF94684MK ) | |
| _____ ) | |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this __28th__ day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE